**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/11)   Case Number **15−56234−mhm**

UNITED STATES BANKRUPTCY COURT Northern District of Georgia

# Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 4/4/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Sharina Victoria Morris
653 Outlook Way
Atlanta, GA 30349

| Case Number:<br>15−56234−mhm | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−2881 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Brett W. Clark<br>Law Office of Brett W. Clark, P.C.<br>P. O. Box 2693<br>Smyrna, GA 30081−2693<br>Telephone number: (404) 981−2950 | Bankruptcy Trustee (name and address):<br>S. Gregory Hays<br>Hays Financial Consulting, LLC<br>Suite 200<br>3343 Peachtree Road, NE<br>Atlanta, GA 30326−1420<br>Telephone number: (404) 926−0060 |

## Meeting of Creditors

Date: **May 12, 2015**           Time: **09:00 AM**

Location: **Third Floor − Room 365, Russell Federal Building, 75 Spring Street SW, Atlanta, GA 30303**

**NOTICE TO DEBTOR(S):** Individuals who file bankruptcy must bring two forms of original documentation to their meeting of creditors: photo identification (driver's license, government ID, state photo ID, student ID, U.S. passport, military ID, or resident alien card) and confirmation of their social security number. **Additionally, you must provide the trustee whose name appears above with a copy of your most recently filed income tax return. This should be provided at least 7 days before the meeting of creditors. DO NOT FILE YOUR TAX RETURN WITH THE COURT. Please bring a copy of this notice with you to the Meeting of Creditors. Cellular phones and other devices with cameras will NOT be allowed beyond security checkpoints.**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 7/13/15**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>1340 Russell Federal Building<br>75 Spring Street, SW<br>Atlanta, GA 30303<br>Telephone number: 404−215−1000 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>M. Regina Thomas<br>See our website: www.ganb.uscourts.gov |
|---|---|
| Hours Open: Monday − Friday 8:00 AM − 4:00 PM | Date: 4/6/15 |

## EXPLANATIONS                                                      B9A (Official Form 9A) (12/11)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | Neither the Court nor the staff of the bankruptcy clerk's office can give you legal advice. You may want to consult an attorney to protect your rights. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office.   (See below for additional information regarding telephone and internet access to Bankruptcy Court records). See our website: www.ganb.uscourts.gov |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

<u>Refer to Other Side for Important Deadlines and Notices</u>

An automated response for further information on this case is available 24 hours daily by calling the Multi−Court Voice Case Information System (MCVCIS) toll free number 866−222−8029, selecting your language, and then pressing 18 to access the Georgia Northern Bankruptcy Court. Please have the case number, social security number or debtor name available when calling.

For case information you may choose to visit the Bankruptcy Court locations to view case information for free. Case information may be printed for 10 cents per page. Members of the bar and the public may access Court records at any time, by obtaining an account with the PACER (Public Access to Court Electronic Records) Service Center (800−676−6856). PACER access is available via the Internet, days, night and weekends. The

cost to use PACER is ten (10) cents per page up to a maximum of $3.00 per document. A statement will be generated and mailed for your account, if you have accrued charges during the quarter and have a balance due greater than $15. If your balance is less than $15, no statement will be mailed and payment will be deferred until the balance due is greater than $15. The statement will only include the total amount due.

Case 15-56234-mhm    Doc 9    Filed 04/08/15    Entered 04/09/15 01:47:57    Desc Imaged
Certificate of Notice    Page 3 of 4

United States Bankruptcy Court
Northern District of Georgia

```
In re:                                                                Case No. 15-56234-mhm
Sharina Victoria Morris                                               Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 113E-9          User: slaterc              Page 1 of 1                  Date Rcvd: Apr 06, 2015
                              Form ID: b9a               Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2015.
```
db            +Sharina Victoria Morris,    653 Outlook Way,    Atlanta, GA 30349-3983
18942803       AFNI Assignee of Sprint PCS,    Attn: Bankruptcy,    P.O. Box 3097,    Bloomington, IL 61702-3097
18942804      +AT&T,   c/o Enhanced Recovery Company,    P.O. Box 57547,    Jacksonville, FL 32241-7547
18942805      +Atlanta Medical Center,    c/o Central Finance Control,    P.O. Box 660873,
                Dallas, TX 75266-0873
18942806      +CarMax Auto Finance,    225 Chastain Meadow Court,    Suite 210,    Kennesaw, GA 30144-5942
18942807      +Clayton Cty Magistrate Court,    9151 Tara Blvd,    Jonesboro, GA 30236-4912
18942808      +Comcast,   c/o Stellar Recovery,    1327 Highway 2 West, Suite 100,    Kalispell, MT 59901-3413
18942811      +Fred Rushing RBBS, LLC,    3105 Washington Rd.,    Suite C,    Atlanta, GA 30344-5434
18942814       Internal Revenue Service,    401 West Peachtree Street, NW,    Suite 1400, Stop 1000-D,
                Atlanta, GA 30303
18942816      +Kapstone Paper and Pkg Corp,    40 Technology Pkwy South,    Suite #300,
                Norcross, GA 30092-2924
18942817      +Magistrate Ct of Gwinnett Cty,    75 Langley Dr.,    Lawrenceville, GA 30046-6935
18942818      +RMS Management Services,    1140 Old Peachtree Rd., NW,    Duluth, GA 30097-5121
18942819       T-Mobile,   c/o Southwest Credit Systems,    4120 Int'l Pkwy, Suite 1100,
                Carrollton, TX 75007-1958
18942820      +Vineyards of Flat Shoals,    c/o Rent Recovery Solutions,    2814 Spring Rd, Suite 301,
                Atlanta, GA 30339-3036
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: brett@bwclarklaw.com Apr 06 2015 20:46:23     Brett W. Clark,
                Law Office of Brett W. Clark, P.C.,    P. O. Box 2693,    Smyrna, GA  30081-2693
tr             EDI: BSGHAYS.COM Apr 06 2015 20:33:00      S. Gregory Hays,    Hays Financial Consulting, LLC,
                Suite 200,    3343 Peachtree Road, NE,    Atlanta, GA  30326-1420
ust           +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Apr 06 2015 20:47:09
                Office of the United States Trustee,    362 Richard Russell Building,    75 Spring Street, SW,
                Atlanta, GA 30303-3315
18942809      +EDI: CRESCENTBANK.COM Apr 06 2015 20:33:00      Crescent Bank And Trust,    5401 Jefferson Hwy,
                Suite D,    Harahan, LA 70123-4232
18942812      +EDI: GADEPTOFREV.COM Apr 06 2015 20:34:00      Georgia Department of Revenue,    PO Box 105665,
                Atlanta, GA 30348-5665
18942813      +E-mail/Text: bk@innovateauto.com Apr 06 2015 20:47:42      Innovate Loan Servicing Corp.,
                6707 Brentwood Stair,    RDB100,    Fort Worth, TX 76112-3335
18945332      +E-mail/Text: usagan.bk@usdoj.gov Apr 06 2015 20:47:10      U. S. Attorney,
                600 Richard B. Russell Bldg.,    75 Spring Street, SW,    Atlanta GA 30303-3315
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18942810*     +Crescent Bank And Trust,    5401 Jefferson Hwy,    Suite D,    Harahan, LA 70123-4232
18942815*      Internal Revenue Service,    401 West Peachtree Street, NW,    Suite 1400, Stop 1000-D,
                Atlanta, GA 30303
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 08, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 6, 2015 at the address(es) listed below:
```
              Brett W. Clark    on behalf of Debtor Sharina Victoria Morris brett@bwclarklaw.com,
               rebecca@bwclarklaw.com
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
              S. Gregory Hays    ghays@haysconsulting.net,
               saskue@haysconsulting.net;kmalek@haysconsulting.net;sjose@haysconsulting.net;GA32@ecfcbis.com
                                                                                             TOTAL: 3
```