In Re:  Sharina Victoria Morris               Case No. 15-56234-MHM
                                              Chapter 7

## CERTIFICATE OF SERVICE - AMENDED

I, Brett W. Clark, as attorney for Debtor, do hereby state and attest that I have this day served the below with a true and correct copy of this pleading by U.S. Postal Service.

This 28th of May, 2015;
/s/ Brett W. Clark

_____
Brett W. Clark, GBN 126931
Attorney for Debtor

Parties Served:

S. Gregory Hays, Chapter 7 Trustee          Sharina Victoria Morris
Hays Financial Consulting, LLC              905 Park Ridge Circle
3343 Peachtree Road, NE                     Marietta, GA 30068
Suite 200
Atlanta, GA  30326-1420

**By Certified Mail**
Acceptance Rental
4771 Britt Road
Norcross, GA 30003